Effie FULLER, Appellant, v. COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

December 19, 1947.

Appeal from Boyd Circuit Court; Watt M. Prichard, Judge.

Dinkle & Fannin for appellant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, for appellee.

PER CURIAM.

$100 fine and 30 days in jail for unlawfully selling intoxicating liquor in local option territory.

Appeal denied; Judgment affirmed.